

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: PURPORTED MECHANICAL AND MATERIALMAN'S LIEN CLAIM OF LIEN AGAINST PELLICANO BUSINESS PARK, L.L.C., | § | No. 08-16-00291-CV |
| | § | Appeal from the |
| | § | County Court at Law No. 7 |
| Appellant. | § | of El Paso County, Texas |
| | § | (TC# 2012-DCV06341) |
| | § | |

**ORDER**

Pending before the Court is Appellant's motion to stay the mandate. Rule 18.2 provides that a party may move to stay issuance of the mandate pending the United States Supreme Court's disposition of a petition for writ of certiorari. TEX.R.APP.P. 18.2. The mandate issued in this case on December 20, 2018. The motion is DENIED.

IT IS SO ORDERED this 23rd day of January, 2019.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.